UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AURELIA EMILY ALLBERT,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, N.V., et al.,<br><br>Defendant. | C23-0093 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' joint status report, docket no. 32, the Court SETS the following dates and deadlines:

| | |
|---|---|
| **BENCH TRIAL DATE** | **September 8, 2025** |
| Length of Trial | 5-10 days |
| Initial Expert Disclosures due | January 31, 2025 |
| Rebuttal Expert Disclosures due | March 31, 2025 |
| All motions related to discovery must be filed by | March 6, 2025 |
| All remaining discovery completed by | April 15, 2025 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | Joint certification of mediation[1] due by | May 15, 2025 |
| 2 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | June 12, 2025 |
| 4 | All motions related to expert witnesses (e.g., Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | June 26, 2025 |
| 6 | Agreed pretrial order due | August 25, 2025 |
| 7 | Trial briefs and proposed findings of fact and conclusions of law due | August 25, 2025 |
| | Pretrial conference to be held at 10:00 a.m. on | August 29, 2025 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] This case is hereby DESIGNATED for mediation pursuant to Local Civil Rule 39.1(c). The parties are DIRECTED to conduct mediation in accordance with LCR 39.1(c).

MINUTE ORDER - 2